

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,361-01

### EX PARTE CONCERY LEE RICHARDSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012-F-00139
### IN THE 5TH DISTRICT COURT FROM CASS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault on a public servant and was sentenced to fifty years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Richardson v. State*, No. 06-13-0012-CR (Tex. App.—Texarkana Aug. 28, 2013)(not designated for publication).

On June 17, 2015, this Court remanded this application to the trial court for findings of fact and conclusions of law. On September 17, 2015, the trial court signed findings of fact and

conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: October 14, 2015
Do not publish